

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00373-CR
_____

NELSON ENRIGUE ROQUEMATAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Criminal Court No. 6
Tarrant County, Texas
Trial Court No. 1465230, Honorable Mike Mitchell, Presiding

February 15, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Pending before this court is a motion to dismiss this appeal signed by both appellant, Nelson Enrigue Roquematas, and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.